UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 03/2021)

In re:

**Nichole Andrea Riley**,
      Debtor.

Case No. **12–02448–RLM–7A**

# NOTICE OF DEFICIENT FILING

An Application for Payment of Unclaimed Funds was filed on May 24, 2021, by Debtor Nichole Andrea Riley.

**NOTICE IS GIVEN** that the document is deficient as follows:

- Page 2 of Application, #4: Box stating that US Attorney has been sent a copy of the application has not been checked and address for US Attorney has not been listed.

  Please mail all documents to:
  U.S. Bankruptcy Court, Southern District of Indiana
  Attn: Finance
  46 East Ohio Street, Room 116
  Indianapolis, IN 46204

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by June 24, 2021, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: June 10, 2021

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court